IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHELDON WALLACE,<br>*Plaintiff*<br>v.<br><br>LENDINGCLUB CORPORATION,<br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:21-CV-03559<br>_____ |

## NOTICE OF SETTLEMENT

Defendant LendingClub Corporation, through its counsel Ballard Spahr LLP, hereby notifies the Court (with the consent of Mr. Wallace) that the parties have reached a settlement in principle and are currently circulating a settlement agreement for approval and signature. The parties expect to jointly move to dismiss this case in its entirety within the next thirty days. Accordingly, the parties respectfully request that the Court vacate the initial conference scheduled for February 24, 2022.

Respectfully submitted this 18th day of February, 2022.

BALLARD SPAHR LLP

By: */s/ Andrew Valencia*

Andrew Valencia (SBN 24100011)
Southern District Bar No. 3227841
*Attorney in Charge*
BALLARD SPAHR LLP
1225 17th Street, Suite 2300
Denver, CO 80202-5596
(T) (303) 292-2400
(F) (303) 296-3956
valenciaa@ballardspahr.com

*Attorneys for Defendant*
*LendingClub Corporation*

2

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to Federal Rule of Civil Procedure 5(b), on February 18, 2022, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was served on Plaintiff via first-class mail to the following address:

Sheldon Wallace
801 Dellwood Street, No. 337
Bryan, Texas 77802

___/s/ Brandon Blessing_____
An Employee of Ballard Spahr
