| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
March 29, 2022
Nathan Ochsner, Clerk

Sheldon Wallace, §
§
        Plaintiff, §
§
versus §     Civil Action H-21-3559
§
Lending Club, §
§
        Defendant. §

## Final Dismissal

1. Neither party having moved for reinstatement, the case is dismissed with prejudice.

2. The court retains the jurisdiction to enforce the settlement.

Signed on March 28, 2022, at Houston, Texas.

---
Lynn N. Hughes
United States District Judge